FILED:  August 14, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4309

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ROBERT JAMES MCCABE,

Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed June 3, 2024, as follows:

On page 31, the first sentence is corrected to read, "Although bias and unreliability are valid bases for impeachment of a witness, *see, e.g.*, Fed. R. Evid. 608 (witness character for truthfulness or untruthfulness), they do not typically rise to the level of 'unfair prejudice' under Rule 403."

For the Court

/s/ Nwamaka Anowi, Clerk